JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | CV 12-1963 PA (FMOx) | Date | March 13, 2012 |
|---|---|---|---|
| Title | People of the United States of America, et al. v. County of Los Angeles, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**    IN CHAMBERS - COURT ORDER

The Court is in receipt of a Notice of Removal filed by plaintiff Delaney Smith Jr. ("Plaintiff") In his Complaint, plaintiff Delaney Smith, Jr., a "civil surgeon for the United States of America" who appears pro se (Notice of removal at 2), alleges a number of state law causes of action related to his rejection for a position as a medical staff specialist at the Los Angeles County MLK Ambulatory Care Center.

Plaintiff's attempt to remove the Complaint must fail. As provided in 28 U.S.C. § 1441(a), civil actions over which the court has jurisdiction "may be removed by the defendant or defendants." Accord 28 U.S.C. § 1446(a) (listing the documents that a "defendant or defendants desiring to remove any civil action" to federal court must file to effectuate the removal); see also Am. Int'l Underwriters, Inc. v. Continental Ins. Co., 843 F.2d 1253, 1260 (9th Cir. 1988) ("The right to remove a state court case to federal court is clearly limited to defendants."). Plaintiff simply is not entitled to remove the underlying action to federal court, and thus it must be remanded to the Superior Court. See 28 U.S.C. § 1447(c).

Accordingly, this action is hereby remanded to the Los Angeles County Superior Court, Case No. BC459413. See 28 U.S.C. § 1447(c).

IT IS SO ORDERED.